UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| **MONICA RENE GLEASON,** | ) | |
| **Plaintiff,** | ) ) ) | |
| v. | ) ) | Case No. 2:08CV00007 ERW |
| **DOC Hu8 STAFF, et al.,** | ) ) ) | |
| **Defendants.** | ) | |

### ORDER AND MEMORANDUM

This matter is before the Court on plaintiff's motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 [Doc. #2]. Plaintiff filed the instant motion while she was a prisoner confined at the Women's Eastern Reception Diagnostic and Correctional Center; however, she did not submit a prison account statement as required by 28 U.S.C. § 1915(a)(2). Plaintiff subsequently advised the Clerk of Court that she was no longer in custody, and that she was residing in Kansas City, Missouri [Doc. #7]. Under these circumstances, the Court will grant plaintiff twenty days in which to submit a "Motion to Proceed without Prepayment of Costs" and "Financial Affidavit - CJA 23," as set forth below.

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that the Clerk of Court shall provide plaintiff with the court forms entitled "Motion to Proceed without Prepayment of Costs" and "Financial Affidavit - CJA 23."

**IT IS FURTHER ORDERED** that plaintiff shall have twenty (20) days from the date of this Order to pay the statutory filing fee of $350.00, or to submit a fully completed and signed

"Motion to Proceed without Prepayment of Costs" and "Financial Affidavit - CJA 23."

**IT IS FURTHER ORDERED** that if, within twenty (20) days from the date of this Order, plaintiff fails to pay the filing fee or fails to submit a fully completed and signed "Motion to Proceed without Prepayment of Costs" and "Financial Affidavit - CJA 23," the case shall be dismissed, without prejudice.

**IT IS FURTHER ORDERED** that if plaintiff timely submits a "Motion to Proceed without Prepayment of Costs" and "Financial Affidavit - CJA 23," the Clerk shall cause this case to be resubmitted to the Court for review under 28 U.S.C. § 1915.[1]

So Ordered this 26th Day of March, 2008.

_____
**E. RICHARD WEBBER**
**UNITED STATES DISTRICT JUDGE**

---

[1] If plaintiff pays the filing fee, she will be responsible for serving the summons and complaint upon the defendants. See Fed. R. Civ. P. 4(d). Service must be made within 120 days of the filing of the complaint (in the instant case, within 120 days of the payment of the filing fee). See Fed. R. Civ. P. 4(m).