UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| MONICA RENE GLEASON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:08CV00007 ERW |
| | ) | |
| DOC HU8 STAFF, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER OF DISMISSAL**

This matter is before the Court upon Monica Rene Gleason's failure to keep the Court apprised of her current address.

On March 26, 2008, the Clerk of Court sent a Memorandum and Order to plaintiff at her address of record [Doc. #9]. On April 4, 2008, the said letter was returned to the Court as undeliverable [Doc. #10]. Local Rule 2.06(B) states that "[i]f any mail to a pro se plaintiff or petitioner is returned to the Court without a forwarding address and the pro se plaintiff or petitioner does not notify the Court of the change of address within thirty (30) days, the Court may, without further notice, dismiss the action without prejudice." Over thirty days have passed since plaintiff's mail was returned to the Clerk, and she has not notified the Court of her current address.

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a) [Doc. #2] is **DENIED**, without prejudice, as moot.

**IT IS FURTHER ORDERED** that this case is **DISMISSED**, without prejudice, for plaintiff's failure to keep the Court apprised of her current address. See Local Rule 2.06(B).

So Ordered this 8th Day of May ,2008.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE